583 A.2d 302

STATE OF NEW JERSEY v. THOMAS C. DAVIS.

January 17, 1990.

Petition for certification denied.

583 A.2d 302

STATE OF NEW JERSEY v. DAVID PAUL SCHUBERT.

January 17, 1990.

Petition for certification denied. (See 235 *N.J.Super.* 212, 561 *A.*2d 1186)

583 A.2d 302

STATE OF NEW JERSEY v. ANTONIO M. MERCEDES.

January 17, 1990.

Petition for certification denied.